FILED
2023 DEC 13 PM 2:05
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____OR_____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## _____Austin_____ DIVISION

WALTER WARD
_____
Plaintiff(s)

CASE NUMBER: **1:23CV01512 DII**

ConcentRA
_____
Defendant(s)

## COMPLAINT

Walter Ward
2601 N Austin Ave
12108
Georgetown TX 78626

ConcentRA
10001 S I35 Frontage RD
    Ste 300
Austin TX 78747

ConcentRA Corporate Office
5080 Spectrum DR 1200 W
Addison TX 75001

**Rev. Ed. October 26, 2017**

While doing a physical exam City of Austin Job oppurtinity for CDL Driver at Concentra on 12/4/2023

I was made to perform CrossFit style calistethtics.

I was not notified about the weight requirement beforehand by staff.

I was not even greeted politely by lady giving test.

Environment was not acceptable for CrossFit style test. It was an office with other patients laying on hospital beds. Also people roamed about as I was doing the workout. On carpet.

Concentra created a cold, hostile environment causing me to become uncomfortable. And failed my test in an attempt to gate keep opportunities.

Instead of being concerned with my condition unprofessional staff asked me to leave building and immediately called City of Austin to alienate me from employment and receive payment.

KariAnn Hicks contacted me 3 days later to report to me that Concentra lied and said I threw something at staff. Medical staff made false statement.

If I was struggling with weight on jobsite I would have help from coworkers or allowed to stop if I was straining. A true medical professional would have asked about my comfort while doing workout

Concentra Medical staff saw an opportunity to discriminate against me by not giving proper instruction and not allowing me to retry to lift weight. I say discrimination because staff was 100% white and Spanish. Staff showed no tolerance for me because I am a Native man.

Concentra was staffed with unprofessional young uncompassionate insensitive Spanish men and women. They sought to undermine a Native man from employment.

I was not given a fair chance and treated like a child who had done something inappropriate when in fact I am a human being who deserves to be treated well by Concentra staff. Medical staff did not ask or care of my wellbeing.

Tortious interference is a common law tort allowing a claim for damages against a defendant who wrongfully interferes with the plaintiff's contractual or business relationships. See also intentional interference with contractual relations.

440 Civil Rights

710 Fair Labor Act

315 False claims

950 constitutionality of state statutes

890 other statutory actions

I am seeking compensation for defamation / emotional Distress and employment wages missed for ten years in amount of $900,000

Signature: WALTER WARD
Name:
Address: 2601 North Austin Ave 12108
Telephone Number: Georgetown TX 78626
512-227-9538