IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WALTER WARD,                                    §
                                                §
                Plaintiff,                      §
                                                §
v.                                              §                    1:23-CV-1512-DII
                                                §
CONCENTRA and CONCENTRA                         §
CORPORATE OFFICE,                               §
                                                §
                Defendants.                     §

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge

Mark Lane concerning Plaintiff Walter Ward's ("Plaintiff") complaint pursuant to 28 U.S.C. §

1915(e). (R. & R., Dkt. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local

Rules of the United States District Court for the Western District of Texas, Judge Lane issued his

report and recommendation on March 18, 2024. (*Id.*). As of the date of this order, Plaintiff has not

filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a

magistrate judge's proposed findings and recommendations within fourteen days after being served

with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district

court. When no objections are timely filed, a district court can review the magistrate's report and

recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely

objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of

the record in order to accept the recommendation.").

Because Plaintiff has not filed timely objections, the Court reviews the report and

recommendation for clear error. Having done so and finding no clear error, the Court accepts and

adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States

Magistrate Judge, (Dkt. 7), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED**

**WITHOUT PREJUDICE**.

      **IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to

Plaintiff via certified mail at the following address: 2601 North Austin Avenue #12108,

Georgetown, TX 78626.

      The Court will enter final judgment by separate order.

      **SIGNED** on June 3, 2024.

      ROBERT PITMAN
      UNITED STATES DISTRICT JUDGE