IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WALTER WARD, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:23-CV-1512-DII |
| CONCENTRA and CONCENTRA CORPORATE OFFICE, | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff Walter Ward's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 7). The Court dismissed Plaintiff's complaint, (Dkt. 1), without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail at the following address: 2601 North Austin Avenue #12108, Georgetown, TX 78626.

**SIGNED** on June 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1